UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
LINDA JUN,

                      Plaintiff,

           -against-                                       25-CV-5612 (LAK)

CAB EAST LLC, et al.,

                      Defendants.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This motor vehicle accident case purportedly was removed from the state court on the basis of diversity of citizenship. Neither the complaint nor the notice of removal sufficiently alleges the citizenship (as distinct from residence) of the plaintiff or the individual defendant nor the citizenship of the of the limited liability company.

        Absent the filing, on or before July 21, 2025, of an amended notice of removal adequately alleging subject matter jurisdiction, the case will be remanded to the state court.

        SO ORDERED.

Dated:      July 9, 2025

                                              /s/     Lewis A Kaplan

                                                  Lewis A. Kaplan
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/09/25